# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

KARSTEN KEELEN

NO. 2019 KW 1074

OCT 2 1 2019

---

In Re:   Karsten Keelen, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. 02-96-0476.

---

**BEFORE:   McCLENDON, HOLDRIDGE, AND PENZATO, JJ.**

**WRIT DENIED.**

PMc
GH
AHP

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT